166 So.2d 519

**STATE of Louisiana ex rel.
Albert ZALES**

**v.**

**H. L. HANCHEY, Warden, Louisiana
State Penitentiary.**

No. 47436.

Aug. 3, 1964.

In re: Albert Zales applying for writ of habeas corpus.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

166 So.2d 519

**In re TUTORSHIP OF Bradford
James PUETZ, a minor.**

No. 47410.

Aug. 5, 1964.

In re: Lillian Procell Nolen applying for writs of certiorari, prohibition and mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.